UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIM. ACTION NO. 3:23-00085-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KAVARI L. JONES (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 51] having been considered, and the parties having waived their right to object thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Court accepts the guilty plea of the Defendant Kavari L. Jones and adjudges him guilty of the offenses charged in Counts One and Three of the Indictment.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court accepts Defendant's agreement to forfeit and abandon any claim, right, title, or interest he may have in the firearm(s) and ammunition referenced in the Indictment and/or that were seized in this matter.

MONROE, Louisiana, this 20th day of October 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE